UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:10-CT-3014-FL

| | | |
|---|---|---|
| TONY SNUGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MS. K. LOCKLEAR, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the North Carolina Office of the Attorney General, by and through counsel Attorney General of North Carolina Roy Cooper and Assistant Attorney General Yvonne B. Ricci, and for good cause shown, it is ORDERED that the Response to this Court's Order of 20 September 2010 to provide the Court with the full name and last known address of the named defendant K. Locklear be manually filed.

**IT IS SO ORDERED.**

THIS the 25 day of October, 2010.

Louise W. Flanagan
US District Judge